UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Charles R. Edwards,

    Defendant.
_____/

Criminal No. 18-cr-20829

Hon. Matthew F. Leitman

## ORDER OF DISMISSAL

Under Federal Rule of Criminal Procedure 48(a), the Court grants leave to the United States to dismiss the First Superseding Indictment against Charles Edwards for the reasons stated in the government's motion to dismiss indictment. Accordingly, IT IS HEREBY ORDERED that the First Superseding Indictment against the defendant be dismissed without prejudice, and that defendant's appearance bond, if any, be canceled.

_____
Matthew F. Leitman
United States District Judge

Entered: 2-28-23